PHILLIP A. TALBERT
Acting United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>DANIEL DESHAY BELL<br>ONE BUCCAL SWAB | CASE NO. 2:20-SW-0984 JDP<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

DATED: March 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1